UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KELY VILLATORO, W.V., <br> *Petitioners* <br><br> v. <br><br> PAMELA BONDI, *et al.*; <br> *Respondents* | § <br> § <br> § <br> §   Case No.  SA-26-CA-00124-XR <br> § <br> § <br> § |

## DISMISSAL ORDER

On this date, the Court considered Kely Villatoro and W.V.'s Motion to Dismiss (ECF No. 9) their Petition for a Writ of Habeas Corpus as moot in light of their release from custody on February 17, 2026.

After careful consideration, the motion (ECF No. 9) is **GRANTED**. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** as moot in light of the Petitioners' release from custody. A final judgment will follow pursuant to Rule 58.

It is so **ORDERED**.

**SIGNED** this 20th day of February, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE